**No. 44248.**—Protests 730400–G, etc., of A. L. Tuska Son & Co. (New York).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of Rockingham earthenware the same as that passed upon in *Butler* v. *United States* (4 Cust. Ct. 120, C. D. 303). The claim at 25 percent under paragraph 210 was therefore sustained.